IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Maysonet, John N | Case Number: 08 B 03835 |
|---|---|---|
| | Maysonet, Maria | Judge: Hollis, Pamela S |
| | Printed: 4/29/08 | Filed: 2/20/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Ch 7 Conversion: April 23, 2008
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Chase Manhattan Mortgage Corp | Secured | 0.00 | 0.00 |
| 2. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 3. | CitiFinancial Auto Credit Inc | Secured | 0.00 | 0.00 |
| 4. | Chase Home Finance | Secured | 9,000.00 | 0.00 |
| 5. | Chase Manhattan Mortgage Corp | Secured | 3,015.00 | 0.00 |
| 6. | Commonwealth Edison | Unsecured | 193.61 | 0.00 |
| 7. | Capital One | Unsecured | 83.47 | 0.00 |
| 8. | Capital One | Unsecured | 441.41 | 0.00 |
| 9. | Asset Acceptance | Unsecured | 91.61 | 0.00 |
| 10. | Capital One | Unsecured | 740.69 | 0.00 |
| 11. | Mayo Clinic | Unsecured | 595.44 | 0.00 |
| 12. | Cook County Treasurer | Secured | | No Claim Filed |
| 13. | Blue Cross & Blue Shield | Unsecured | | No Claim Filed |
| 14. | Ahima D Mehta | Unsecured | | No Claim Filed |
| 15. | Lloyd W Klien | Unsecured | | No Claim Filed |
| 16. | Enriche | Unsecured | | No Claim Filed |
| 17. | Gottlieb Memorial Hospital | Unsecured | | No Claim Filed |
| 18. | Credit Collection | Unsecured | | No Claim Filed |
| 19. | Merchant Credit Guide | Unsecured | | No Claim Filed |
| 20. | Household Bank FSB | Unsecured | | No Claim Filed |
| 21. | Loyola Medical Center | Unsecured | | No Claim Filed |
| 22. | James Koop | Unsecured | | No Claim Filed |
| 23. | Nationwide Credit & Collection | Unsecured | | No Claim Filed |
| 24. | IL Emergency & Occupation Medical Spec | Unsecured | | No Claim Filed |
| 25. | Powers & Moon LLC | Unsecured | | No Claim Filed |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Maysonet, John N  
Maysonet, Maria  
Printed: 4/29/08

Case Number: 08 B 03835  
Judge: Hollis, Pamela S  
Filed: 2/20/08

| # | Creditor | Type | | Claim |
|---|---|---|---|---|
| 26. | Reader's Digest | Unsecured | | No Claim Filed |
| 27. | Publishers Clearing House | Unsecured | | No Claim Filed |
| 28. | Radiology Consultants Ltd | Unsecured | | No Claim Filed |
| 29. | Quest Diagnostics Inc | Unsecured | | No Claim Filed |
| 30. | Village of Franklin Park | Unsecured | | No Claim Filed |
| 31. | RMCB | Unsecured | | No Claim Filed |
| 32. | Romon Pia & Helen Ruiz-Pia | Unsecured | | No Claim Filed |
| 33. | Rodale Book | Unsecured | | No Claim Filed |
| 34. | S J Hasanain, MD | Unsecured | | No Claim Filed |
| 35. | SDS | Unsecured | | No Claim Filed |
| 36. | North Shore Agency Inc | Unsecured | | No Claim Filed |
| 37. | TCF Bank | Unsecured | | No Claim Filed |
| 38. | Westlake Emergency Physicians | Unsecured | | No Claim Filed |
| | | | $ 14,161.23 | $ 0.00 |

### TRUSTEE FEE DETAIL

Fee Rate      Total Fees

$ 0.00

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_/s/ Mach_____